IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
IN OPEN COURT
JUN 8 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:17CR4 |
| ) | |
| PAUL ROBINSON, ) | |
| ) | |
| *Defendant.* ) | |
| _____ ) | |

## **RESTITUTION ORDER**

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$320,797.82** jointly and severally with Steven Bazemore (2:16CR65) and any other defendants who are ordered to pay restitution for the same losses.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' names, addresses, and the victims' respective total loss amounts are listed on Sealed Attachment A to this Restitution Order.

4. Interest:

    ✓ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 250 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, Virginia 23510-1811.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00

/s/ Robert G. Doumar
Senior United States District Judge

Honorable Robert G. Doumar
Senior United States District Judge

ENTERED this 8 day of JUNE 2017.

at Norfolk, Virginia

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| Dana J. Boente<br>United States Attorney | Paul Robinson<br>Defendant |
| /s/ Alan M. Salsbury<br>Alan M. Salsbury<br>John W. Burke, IV<br>Jacqueline M. Blaesi-Freed<br>Assistant United States Attorney<br>United States Attorney's Office<br>101 West Main Street Suite 8000<br>Norfolk, Virginia 23510<br>Telephone -757-441-6331 | /s/ Andrew M. Sacks<br>Andrew M. Sacks<br>Counsel for Defendent<br>Office of the Federal Public Defender - Norfolk<br>150 Boush St Suite 403<br>Norfolk, VA 23510<br>Telephone: (757) 623-2753 |

# REDACTED ATTACHMENT A

| Name | | Amount |
| --- | --- | --- |
| DAVID AND IMONI HAMLETTE | | $2,687.00 |
| ALICIA ADA WALTERS | | $2,687.00 |
| AMERICAN FAMILY INSURANCE | | $2,687.00 |
| ANGELA LEILANI PUGH | | $2,687.00 |
| ANNIE WALKER | | $2,687.00 |
| ANTIONE ELTON KING | | $2,687.00 |
| ATTIULSHANID KNAN | | $4,500.00 |
| AVIS DAVIS | | $4,996.47 |
| BRANDON LEIGH DUNBAR | | $2,687.00 |
| CHAS WILDER | | $2,687.00 |
| CHERRONE BENJAMIN | | $2,687.00 |
| CLEMENTE O ROSALES | | $2,687.00 |
| COLLEEN BROWN | | $2,687.00 |
| COREY RODGERS | | $2,687.00 |
| CRYSTAL CHATMAN | | $2,687.00 |
| DANIEL KNIZNER | | $2,687.00 |
| DEMETRIA ENGLISH | | $3,200.00 |
| DENZEL CROMARTIE | | $9,097.35 |
| DESI ARNEZ ROBINSON JR & CATHY SMITH ROBINSON | | $2,700.00 |
| DIANA MEDRANO | | $2,687.00 |
| DINA REID | | $6,087.00 |
| DOMINIQUE LAMONT EAVES | | $2,687.00 |
| DORISSA RODRIGUEZ | | $2,687.00 |
| EASHIA MIDDLEBROOKS | | $2,687.00 |
| EBONE NEWTON | | $2,687.00 |
| EKENNIE TAN DELA CRUZ | | $2,687.00 |
| EUGENE GRENIER | | $5,400.00 |
| FINEQUA GRAHAM | | $1,000.00 |
| FRIEDA SMITH | | $2,687.00 |
| GERALDINE CANO | | $2,687.00 |
| GLENN LITTLE JUNIOR | | $2,687.00 |
| GREGORY MEYERS | | $2,687.00 |
| GREGORY NELSON GREEN | | $2,687.00 |
| JACQUELINE SUTTON | | $5,109.00 |

| | | |
|---|---|---|
| JADA FITZGERALD | | $2,687.00 |
| JAKE DEVINE | | $2,687.00 |
| JASON JACKSON | | $2,950.00 |
| JEAN LEE GRIFFIN | | $2,687.00 |
| JESSICA DELAPAZ | | $2,687.00 |
| JOHN CURRY | | $4,751.00 |
| JOHN JAY WOODARD JR | | $2,687.00 |
| JOSE BAIZA | | $2,687.00 |
| JOSEPH JACKSON | | $2,687.00 |
| JOVITA KIMBROUGH | | $3,580.00 |
| JUSTIN FRANKLIN SCHISLER | | $2,687.00 |
| JUSTIN JONATHAN RHODES | | $2,687.00 |
| KAMMIE MOORFIELD | | $2,687.00 |
| KEERA MONAE DENNIS | | $2,687.00 |
| KEITH AARON WRIGHT | | $2,687.00 |
| KEVIN RANSOM | | $2,687.00 |
| KHADIJAH DEMETRIA ARLETTA WHITE | | $2,687.00 |
| KRISTEN BEVINS | | $2,687.00 |
| LAKEESHA BRYANT | | $2,687.00 |
| LAKISHIA HENDERSON | | $2,687.00 |
| LANCE JOHNSON | | $2,687.00 |
| LELAND GREEN | | $2,687.00 |
| LENTWORTH VERNON HAMPDEN | | $2,687.00 |
| LIKITA MARTIN | | $2,687.00 |
| MARTIN TAY CUN | | $2,687.00 |
| MARVIN PATTERSON JR | | $2,687.00 |
| MEAGAN YOUNGER | | $2,687.00 |
| MICHAEL MORRISON & JASMIN SANDRA WILLIAMS | | $2,687.00 |
| NICOLE E STANTON NILES & DOMINIC MARIO MAURICE SMITH | | $2,687.00 |
| NOAH INGRAM | | $2,687.00 |
| PARIS MORRIS | | $2,687.00 |
| PATRICIA SUGGS | | $2,687.00 |
| PAUL CAUSEY JR. | | $2,687.00 |
| PURDY MELVIN HOUSE JR | | $2,687.00 |

| Name | | Amount |
|---|---|---|
| RACHIDA ELMALIOULI | | $2,687.00 |
| RAYSHOD MARQUIS MOCK | | $2,687.00 |
| REBECCA SHORT | | $2,687.00 |
| REGINA STALLINGS | | $2,687.00 |
| REGINALD EDMONDS | | $2,687.00 |
| RENEKA JOHNSON | | $2,687.00 |
| RICHARD EWAN | | $2,687.00 |
| ROBERT LAVISTA TORAN | | $2,687.00 |
| ROBERT MICHAEL BUSTAMANTE | | $2,687.00 |
| ROBERTO ACOSTA | | $2,687.00 |
| RUBEN APELLANIZ | | $1,500.00 |
| SAMANTHA GARDNER | | $2,687.00 |
| SARINA ELIOTT | | $2,687.00 |
| SAU CHENG | | $2,687.00 |
| SHANTE HARRELL | | $2,687.00 |
| SHAQUITA PARHAM | | $2,687.00 |
| SHATORIA AISHE AMES | | $2,687.00 |
| SHENA HAWKINS | | $2,687.00 |
| STATE FARM | | $2,687.00 |
| STATE FARM | | $2,687.00 |
| STATE FARM FIRE AND CASUALTY | | $2,687.00 |
| STATE FARM FIRE AND CASUALTY COMPANY | | $2,687.00 |
| STEVE MICHAEL LASKO | | $2,687.00 |
| SUZANNE CLUGSTON | | $3,000.00 |
| TEMITOPE SEMASA AKRAN | | $2,687.00 |
| TERRY ALAN MILLER | | $2,687.00 |
| TIFFANIE LAVELL JOHNSON | | $2,687.00 |
| TISHA GATLING | | $400.00 |
| TISHAWN COINS | | $2,687.00 |
| TITLEMAX OF VIRGINIA INC | | $2,687.00 |
| TITLEMAX OF VIRGINIA INC. | | $2,687.00 |
| TODD BRADLEY KING | | $2,687.00 |
| TONY SPENCE | | $4,575.00 |
| TONYA BELTRAN | | $2,687.00 |
| TRAE THOMAS | | $2,687.00 |
| TYRELL A. RICHARDS | | $2,687.00 |

| | | |
|---|---|---|
| UNITED SERVICE AUTO ASSOC REGIONAL | | $2,687.00 |
| VEIMA GARDNER | | $2,687.00 |
| VICTOR JONATHAN JONES | | $2,687.00 |
| VU TRAN | | $2,687.00 |
| WILLIAM ROBERSO | | $2,687.00 |
| YADER CARRILLO | | $2,687.00 |
| YOLANDA MICHELLE GREEN | | $2,687.00 |
| ZACHARY RYAN WATSON | | $2,687.00 |
| | | **$320,797.82** |

AMS